COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Chafin and Senior Judge Haley

SEARS AND
  ACE AMERICAN INSURANCE COMPANY

                                             MEMORANDUM OPINION[*]

v.      Record No. 0143-16-4                          PER CURIAM
                                                  JULY 19, 2016

PATRICIA BALTIAN

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(David A. Obuchowicz; Midkiff, Muncie & Ross, P.C., on brief), for
appellants.

(Michael V. Durkin; Joel Atlas Skirble LLC, on brief), for appellee.

Sears and Ace American Insurance Company (employer) appeal a decision of the

Workers' Compensation Commission finding that Patricia Baltian (claimant) suffered a left knee

injury in a compensable work accident and finding that ongoing disability was causally related to

the accident. On appeal, employer contends the Commission erred in finding: (1) "claimant

suffered an avulsion fracture as a result of her December 9, 2014 accident;" (2) "claimant's

medical treatment after February 18, 2015 was causally related to her December 9, 2014

accident;" and (3) "claimant's disability after February 18, 2015 was causally related to her

December 9, 2014 accident."

We have reviewed the record and the Commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the Commission in its final

opinion. See Baltian v. Sears, VWC File No. VA00001013894 (Jan. 11, 2016). We dispense

with oral argument and summarily affirm because the facts and legal contentions are adequately

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

presented in the materials before the Court and argument would not aid the decisional process.

See Code § 17.1-403; Rule 5A:27.

Affirmed.